IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:23CR86 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS OR IN |
| Vs. | ) | THE ALTERNATIVE MOTION |
| | ) | FOR BILL OF PARTICULARS |
| CHRIS SCHMITT, | ) | AND REQUEST FOR HEARING |
| | ) | |
| Defendant. | ) | |

    COMES NOW, Mr. Christopher Schmitt, by and through his attorney, Desirae M. Solomon, Attorney at Law, and hereby files with this Court his Motion to Dismiss or in the alternative, a Motion for Bill of Particulars. In support thereof, the undersigned states as follows

    1.    Mr. Christopher Schmitt is facing three (3) charges in the Third Superseding Indictment dated March 18, 2025.

    2.    In Count I, Mr. Schmitt is charged with conspiracy to possess with intent to distribute more than 1000 kilograms or more of marijuana beginning on or about January 1, 2000 until August 31, 2021.  The original indictment was filed on or about April 1, 2023, but Mr. Schmitt was not added as a defendant until more than two (2) years after the original filing.

    3.    In Count II, Mr. Schmitt, is charged with entering into a conspiracy to knowingly conduct financial transactions affecting interstate commerce which involved the proceeds of the specified unlawful activity of distribution of marijuana, knowing that the transactions were designed to conceal and disguise the nature, location, and source of conspiracy, and while conducting the financial transaction knew the property involved in the financial transaction represented the proceeds of the unlawful activity.

    4.    In Count III, Mr. Schmitt is charged with a conspiracy to avoid reporting the income from the conspiracy to distribute marijuana.

    5.    Mr. Schmitt requests Count II of the Indictment be dismissed due to its violation of the duplicity doctrine.  Count II is specifically referring to multiple financial transactions over the period of seven (7) years.  The specific financial transactions have not been identified.

    6.    Alternatively, Mr. Schmitt requests a Bill of Particulars for Counts I, II, and III requiring the government to provide the following specific information:

(a)     identities of all known and unknown co-conspirators, the specific acts Mr. Schmitt is alleged to have committed, specific dates Mr. Schmitt is alleged to have committed those specific acts; and

(b)     the specific financial transaction at issue, the date of the alleged transaction, the specific parties involved in the specific financial transaction and the specific named person and/or defendant the government is alleging is criminally liable for the transaction

8.    Mr. Schmitt requests an evidentiary hearing on this Motion.

9.    Mr. Schmitt filed a brief with his case law and argument at the same time he filed this Motion.

DATED this 15th day of January, 2026.

RESPECTFULLY SUBMITTED,

CHRIS SCHMITT, Defendant.

BY:    **/s/**<u>Desirae M. Solomon</u>
         Desirae M. Solomon, #22719
         Attorney at Law
         13215 Birch Drive, Suite 103
         Omaha, NE 68164
         Phone: (402) 578-4260
         desirae@desiraesolomonlaw.com
         Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was sent via the United States District Court CM/ECF to the electronic email on file for Thomas Kangior, Assistant U.S. Attorney, Brett Bloom, ayogapractice@gmail.com, Theodore Cassman, cassman@achlaw.com, Javier Coronado, jcoronado@diazreus.com, Ryan D'Ambrosio, r.dambrosio37@gmail.com, Stuart Dornan, stu@dltlawyers.com, Benjamin Gluck, bgluck@birdmarella.com, Raphael Goldman, goldman@achlaw.com, Jerry Hug,

jerry@hugandjacobs.com, Michael Landman, mlandman@birdmarella.com, Robert Matz, robert@matzlawgroup.com, James McGough, jmcgough@mcghoughlaw.com, Katherine McNamara, kmcnamara@mcgrathnorth.com, Daniel Michael, david@michaelburdchlaw.com, Christopher Parente, cparente@cheronislaw.com, Jeremy Ross, jeremy@jlrosslaw.com, Michael Severo, msevero@mvslaw.com, Alyssa Silvaggi, asilvaggi@royblack.com, Adam Sipple, adam@sipple.law, Howard Srebnick, hsrebnick@royblack.com, Michael Wilson, michaelw@jsberrylaw.com, on this 15th day of January, 2025.

             /**s**/Desirae M. Solomon
             Desirae M. Solomon

3